■ Giovanni DiMento et al., Plaintiffs, v Pyramid Shopping Centers Company et al., Defendants, and B. Milligan Contracting, Inc., Appellant. Pyramid Shopping Centers Company, Third-Party Plaintiff, v BEC Electric Co., Inc., Third-Party Defendant-Appellant, and Anaphase Electrical Contracting, Inc., Third-Party Defendant-Respondent. (Appeal No. 2.) [625 NYS2d 954] —Order unanimously reversed on the law without costs and motion denied. Same Memorandum as in DiMento v Pyramid Shopping Ctrs. Co. (213 AD2d 984 [decided herewith]). (Appeals from Order of Supreme Court, Onondaga County, Hurlbutt, J.—Summary Judgment.) Present—Green, J. P., Pine, Callahan, Doerr and Davis, JJ.